AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES OF
3718 ELY PLACE, SE, #201
WASHINGTON, DC 20019

*Amended*

## SEARCH WARRANT

CASE NUMBER: 07-259-M-01

TO: __MAREK M. SOLKA__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Marek M. Solka__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

3718 Ely Place, SE, #201, Washington, DC 20019, as further described in the affidavit which is attached hereto and is incorporated by reference

there is now concealed a certain person or property, namely (describe the person or property)

**contents more fully described in ATTACHMENT B, which is attached hereto and is incorporated by reference**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___June 11, 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 01 2007
_____
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

at Washington, D.C.

_____
Signature of Judicial Officer

# EVIDENCE RECOVERY LOG

**LOCATION:** 3718 Ely Place SE #201, Washington, DC 20019
**AGENT'S NAME:** SA HERMANSON
**CASE NUMBER:** 332-C-134-L2-29099070260701
**DATE:** 8 Jun 2007

| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
|---|---|---|---|---|---|---|
| 1 | Music CD - Justin Timberlake - Futuresex/Lovesounds | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 2 | DVD - Garfield The Movie | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 3 | DVD - Constantine | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 4 | DVD - Cheaper by the dozen | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 5 | DVD - Big Momma's House | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 6 | DVD - Badder Santa | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 7 | DVD - Serenity | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 8 | DVD - Hellboy (2) Discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 9 | DVD - National Treasure | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 10 | DVD - Monster House | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 11 | DVD - Superman The Animated Series (2) Discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 12 | DVD - Shark Tale | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 13 | DVD - The Shaggy Dog | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 14 | DVD - V for Vendetta | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 15 | DVD - Batman Beyond Season Two (4) Discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 16 | DVD - Underworld Evolution | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 17 | DVD - Pirate of the Caribbean (2) Discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 18 | DVD - Justice League Unlimited Season One (4) Discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 19 | DVD - Dragonball GT - A Hero's Legacy | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 20 | DVD - Dragonball GT - Generations | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 21 | DVD - Dragonball GT - Conversion | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |

# EVIDENCE RECOVERY LOG

**LOCATION:** 3718 Ely Place SE #201, Washington, DC 20019
**AGENT'S NAME:** SA HERMANSON
**CASE NUMBER:** 332-C-134-L2-290990702260701
**DATE:** 8 Jun 2007

| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
|---|---|---|---|---|---|---|
| 22 | DVD - Dragonball GT - REALIZATION | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 23 | DVD - Dragonball GT - Revolution | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 24 | DVD - Dragonball GT - Evolution | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 25 | DVD - Dragonball - Tournament Saga | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 26 | DVD - Dragonball - The saga of Goku Volume 1 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 27 | DVD - Dragonball - The saga of Goku Volume 2 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 28 | DVD - Dragonball Z - Bardock the father of Goku | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 29 | DVD - Dragonball - King Piccolo saga Part one | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 30 | DVD - Dragonball - King Piccolo saga Part two | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 31 | DVD - Dragonball - Tien Shinhan Saga | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 32 | DVD - Dragonball - Fortuneteller Baba Saga | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 33 | DVD - Dragonball - Commander Red Saga | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 34 | DVD - Dragonball - General Blue Saga | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 35 | DVD - Dragonball - Red Ribbon Army Saga | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 36 | DVD - Dragonball Z - Pendulum Room | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 37 | DVD - Dragonball Z - Doom | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 38 | DVD - Dragonball Z - Snake Way | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 39 | DVD - Dragonball Z - The Saiyans | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 40 | DVD - Dragonball Z - Arrival | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 41 | DVD - Dragonball Z The Movie - Dead Zone | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 42 | DVD - Dragonball - Piccolo Jr. Saga Part One | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |

# EVIDENCE RECOVERY LOG

| LOCATION: 3718 Ely Place SE #201, Washington, DC 20019 | | | | | |
|---|---|---|---|---|---|
| AGENT'S NAME: SA HERMANSON | | CASE NUMBER: 332-C-134-L2-29090707026070 | | DATE: 8 Jun 2007 | |

| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
|---|---|---|---|---|---|---|
| 43 | DVD - Dragonball - Piccolo Jr. Saga Part Two (2) Discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 44 | DVD - Dragonball GT - Revelations | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 45 | DVD - Dragonball GT - Calculations | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 46 | DVD - Dragonball GT - Salvation | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 47 | DVD - Dragonball GT - Annihilation | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 48 | DVD - Dragonball GT - Preparation | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 49 | DVD - Dragonball GT - Ramifications | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 50 | DVD - Dragonball GT - Proliferation | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 51 | DVD - Dragonball GT - Creation | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 52 | DVD - Dragonball GT - Incubation | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 53 | DVD - Dragonball GT - Affliction | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 54 | DVD - Dragonball GT - The Lost Episodes 1 Reaction | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 55 | DVD - Dragonball GT - The Lost Episodes 2 Rejection | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 56 | DVD - Dragonball GT - The Lost Episodes 3 Ruination | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 57 | DVD - Dragonball GT - The Lost Episodes 4 Conviction | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 58 | DVD - Dragonball GT - The Lost Episodes 5 Activation | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 59 | DVD - Dragonball Z - Androids - Invasion | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 60 | DVD - Dragonball Z - Trunks - Prelude to terror | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 61 | DVD - Dragonball Z - Trunks - Mysterious youth | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 62 | DVD - Dragonball Z - History of trunks | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 63 | DVD - Dragonball Z - Wrath of the Dragon | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |

# EVIDENCE RECOVERY LOG

**LOCATION:** 3718 Ely Place SE #201, Washington, DC 20019
**AGENT'S NAME:** SA HERMANSON
**CASE NUMBER:** 332-C-134-L2-29099070260701
**DATE:** 8 Jun 2007

| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
|---|---|---|---|---|---|---|
| 64 | DVD - Dragonball Z - Garlic Jr. - Vanquished | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 65 | DVD - Dragonball Z - Garlic Jr. - Sacred water | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 66 | DVD - Dragonball Z - Garlic Jr. - Black Water Mist | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 67 | DVD - Dragonball Z - Frieza - Namek's End | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 68 | DVD - Dragonball Z - Frieza - Fall of a tyrant | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 69 | DVD - Dragonball Z - Frieza - Eleventh hour | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 70 | DVD - Dragonball Z - Frieza - Super saiyan goku | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 71 | DVD - Dragonball Z - Frieza - Clash | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 72 | DVD - Dragonball Z - Frieza - Desperation | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 73 | DVD - Dragonball Z - Frieza - Death of a prince | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 74 | DVD - Dragonball Z - Frieza - Revealed | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 75 | DVD - Dragonball Z - Frieza - Collision | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 76 | DVD - Dragonball Z - Frieza - Betrayal | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 77 | DVD - Dragonball Z - Frieza - Namek | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 78 | DVD - Dragonball Z - Frieza - Rebirth | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 79 | DVD - Dragonball Z - Frieza - Departure | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 80 | DVD - Dragonball Z - Frieza - Showdown | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 81 | DVD - Dragonball Z - Frieza - Destruction | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 82 | DVD - Dragonball Z - Frieza - Immortals | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 83 | DVD - Dragonball Z - Frieza - Transformation | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 84 | DVD - Dragonball Z - Frieza - The summoning | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |

# EVIDENCE RECOVERY LOG

LOCATION: 3718 Ely Place SE #201, Washington, DC 20019
AGENT'S NAME: SA HERMANSON
CASE NUMBER: 332-C-134-L2-29099070260701
DATE: 8 Jun 2007

| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
|---|---|---|---|---|---|---|
| 85 | VD - Dragonball Z - Captain Ginyu - Double Cross | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 86 | DVD - Dragonball Z - Captain Ginyu - Assault | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 87 | DVD - Dragonball Z - Super Saiyan?! | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 88 | DVD - Dragonball Z - The Ginyu Force | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 89 | DVD - Dragonball Z - Trouble! | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 90 | DVD - Dragonball Z - Quest | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 91 | DVD - Dragonball Z - Great Saiyaman crash course | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 92 | DVD - Dragonball Z - Great Saiyaman - Declaration | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 93 | DVD - Dragonball Z - Great Saiyaman - Gohan's secret | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 94 | DVD - Dragonball Z - Great Saiyaman final round | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 95 | DVD - Dragonball Z - Great Saiyaman opening ceremony | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 96 | DVD - Dragonball Z - Bojack unbound | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 97 | DVD - Dragonball Z - Cell Games Nightmare's end | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 98 | DVD - Dragonball Z - Cell Games Sacrifice | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 99 | DVD - Dragonball Z - Cell Games Awakening | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 100 | DVD - Dragonball Z - Cell Games Earth's Last Hope | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 101 | DVD - Dragonball Z - Cell Games Surrender | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 102 | DVD - Dragonball Z - Cell Games The games begin | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 103 | DVD - Dragonball Z - Cell Games Guardian's Return | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 104 | DVD - Dragonball Z - Cell Games A moment's peace | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 105 | DVD - Dragonball Z - Cell Games - Ultimatum | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |

AFOSI FORM 90, MAR 95   (EF-V1)   (FormFlow)   PAGE 5 OF 13 PAGES

# EVIDENCE RECOVERY LOG

**LOCATION:** 3718 Ely Place SE #201, Washington, DC 20019
**AGENT'S NAME:** SA HERMANSON
**CASE NUMBER:** 332-C-134-L2-29099070260701
**DATE:** 8 Jun 2007

| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
|---|---|---|---|---|---|---|
| 106 | DVD - Dragonball Z - Perfect Cell - Unstoppable | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 107 | DVD - Dragonball Z - Perfect Cell - Perfection | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 108 | DVD - Dragonball Z - Perfect Cell - Temptation | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 109 | DVD - Dragonball Z - Perfect Cell - Hunt for 18 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 110 | DVD - Dragonball Z - Imperfect cell - 17's end | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 111 | DVD - Dragonball Z - Imperfect cell - Race against time | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 112 | DVD - Dragonball Z - Imperfect cell - Discovery | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 113 | DVD - Dragonball Z - Imperfect cell - Encounter | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 114 | DVD - Dragonball Z - Androids - Invincible | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 115 | DVD - Dragonball Z - Androids - Assassins | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 116 | DVD - Dragonball Z - Androids - Dr. Gero | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 117 | DVD - Dragonball Z - Majin Buu - The Hatching | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 118 | DVD - Dragonball Z - Babidi - Rivals | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 119 | DVD - Dragonball Z - Babidi - The dark prince returns | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 120 | DVD - Dragonball Z - Babidi - Battle Royale | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 121 | DVD - Dragonball Z - Babidi - Descent | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 122 | DVD - Dragonball Z - World Tournament - Black Out | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 123 | DVD - Dragonball Z - World Tournament - The Draw | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 124 | DVD - Dragonball Z - World Tournament - Junior division | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 125 | DVD - Dragonball Z - Kid Buu - A new beginning | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 126 | DVD - Dragonball Z - Kid Buu - The price of victory | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |

# EVIDENCE RECOVERY LOG

**LOCATION:** 3718 Ely Place SE #201, Washington, DC 20019
**AGENT'S NAME:** SA HERMANSON
**CASE NUMBER:** 332-C-134-L2-29099070260701
**DATE:** 8 Jun 2007

| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
|---|---|---|---|---|---|---|
| 127 | DVD - Dragonball Z - Vegeta's plea | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 128 | DVD - Dragonball Z - Kid Buu - Saiyan pride | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 129 | DVD - Dragonball Z - Kid Buu - Regression | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 130 | DVD - Dragonball Z - Fusion - Internal Struggle | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 131 | DVD - Dragonball Z - Fusion - The last saiyan | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 132 | DVD - Dragonball Z - Fusion - Hope returns | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 133 | DVD - Dragonball Z - Fusion - Ambush | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 134 | DVD - Dragonball Z - Fusion - Losing Battle | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 135 | DVD - Dragonball Z - Fusion - Play for time | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 136 | DVD - Dragonball Z - Fusion - Evil buu | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 137 | DVD - Dragonball Z - Majin Buu - Emergence | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 138 | DVD - Dragonball Z - Majin Buu - A hero's farewell | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 139 | DVD - Dragonball Z - Majin Buu - Defiance | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 140 | DVD - Dragonball Z - Majin Buu - Tactics | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 141 | DVD - Dragonball Z - Majin Buu - Revival | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 142 | DVD - Dragonball Z - Majin Buu - Atonement | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 143 | XBOX 360 game - Cars | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 144 | XBOX 360 game - Star Trek Legacy | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 145 | XBOX 360 game - Sonic the hedgehog | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 146 | Sony mini stereo speaker model number SS-EC50 serial number 8222388 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 147 | Sony mini stereo speaker model number SS-EC50 serial number 8222387 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |

AFOSI FORM 90, MAR 95    (EF-V1)    (FormFlow)    PAGE 7 OF 13 PAGES

# EVIDENCE RECOVERY LOG

**LOCATION:** 3718 Ely Place SE #201, Washington, DC 20019
**AGENT'S NAME:** SA HERMANSON
**CASE NUMBER:** 332-C-134-L2-29099070260701
**DATE:** 8 Jun 2007

| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
|---|---|---|---|---|---|---|
| 148 | Sony mini stereo model number MHC-EC50 serial number 8152535 w/ remote | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 149 | Olevia flat screen LCD TV model number 432S12 serial number VCLK6A200787 w/remote & pwr | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 150 | Demetrio dining room set including table and four chairs | Room A/Living Room/Dining Room | SA MCGILL | SA MCGILL | ✓ | |
| 151 | vtech cordless phone serial number BD450202269 | Room A/Living Room Dining Room | SA MCGILL | SA MCGILL | ✓ | |
| 152 | vtech cordless phone serial number BD450202269 | Room B/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 153 | Dell Dimension 2400 desktop PC service tag GRS6M51 | Room A/Dining Room/Desk | SA MCGILL | SA MCGILL | ✓ | |
| 154 | One set of documents - lease w/2 receipts | Room A/Dining Room/Desk | SA MCGILL | SA MCGILL | ✓ | |
| 155 | Memorex Traveldrive 1 GB USB thumbdrive | Room A/Dining Room/Desk | SA MCGILL | SA MCGILL | ✓ | |
| 156 | Hoover Steamvac model number F5810 serial number 0406004878O | Room A closet | SA MCGILL | SA MCGILL | ✓ | |
| 157 | Blue toy robot labeled RZ-028 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 158 | Gray toy robot labeled RZ-037 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 159 | Red toy robot labeled EZ-034 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 160 | Blue and gray toy robot labeled RZ-064 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 161 | Dark gray and red toy robot labeled RZ-015 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 162 | Green toy robot labeled RZ-008 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 163 | Blue toy robot labeled RZ-038 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 164 | Red toy robot labeled EZ-004 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 165 | Dark gray and red toy robot labeled EZ-021 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 166 | Gray and white toy robot labeled RZ-053 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 167 | Complete set West Wing DVD w/ 39 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 168 | Blue and red toy robot EZ-036 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |

AFOSI FORM 90, MAR 95    (EF-V1)    (FormFlow)    PAGE 8 OF 13 PAGES

# EVIDENCE RECOVERY LOG

**LOCATION:** 3718 Ely Place SE #201, Washington, DC 20019

**AGENT'S NAME:** SA HERMANSON

**CASE NUMBER:** 332-C-134-L2-29099070260701

**DATE:** 8 Jun 2007

| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
|---|---|---|---|---|---|---|
| 169 | White and black toy robot | Hallway table | SA MCGILL | SA MCGILL | ✓ | |
| 170 | Gray and black toy robot | Hallway table | SA MCGILL | SA MCGILL | ✓ | |
| 171 | Black and green toy robot labeled RZ-031 | Hallway table | SA MCGILL | SA MCGILL | ✓ | |
| 172 | Red and gray toy robot labeled EZ-016 | Hallway table | SA MCGILL | SA MCGILL | ✓ | |
| 173 | Red and gray toy robot labeled EZ-035 | Hallway table | SA MCGILL | SA MCGILL | ✓ | |
| 174 | Green and blue toy robot labeled RZ-028 | Hallway table | SA MCGILL | SA MCGILL | ✓ | |
| 175 | Black and blue toy robot labeled 007 | Hallway table | SA MCGILL | SA MCGILL | ✓ | |
| 176 | American Express prepaid giftcard number 3790145157 42322 | Room B/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 177 | Trutech DVD Recorder model number TT1620 SN # 573ABA91003099 w/pwr supply and cable | Room B/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 178 | DVD - Space above and beyond - the complete set w/ 5 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 179 | DVD - Stealth w/ 2 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 180 | DVD - The passion of the christ | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 181 | DVD - Predator w/ 2 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 182 | DVD - Predator 2 | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 183 | DVD - Alien vs. Predator w/ 2 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 184 | One bag of 85 various bills and receipts | Room A/Closet | SA MCGILL | SA MCGILL | ✓ | |
| 185 | DVD - Nacho Libre w/ 2 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 186 | DVD set - Smallville First season w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 187 | DVD set - Smallville Fifth season w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 188 | DVD set - Smallville Fourth season w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 189 | DVD set - Smallville Third season w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |

AFOSI FORM 90, MAR 95     (EF-V1)     (FormFlow)     PAGE 9 OF 13 PAGES

# EVIDENCE RECOVERY LOG

**LOCATION:** 3718 Ely Place SE #201, Washington, DC 20019
**AGENT'S NAME:** SA HERMANSON
**CASE NUMBER:** 332-C-134-L2-290907070260701
**DATE:** 8 Jun 2007

| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
|---|---|---|---|---|---|---|
| 190 | DVD set - Smallville Second season w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 191 | DVD set - Star Trek Voyager season five w/ 7 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 192 | DVD set - Star Trek Voyager season two w/ 7 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 193 | DVD set - Star Trek Voyager season one w/ 5 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 194 | DVD set - Star Trek Voyager season seven w/ 7 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 195 | DVD set - Star Trek Voyager season six w/ 7 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 196 | DVD set - Naruto uncut box set w/ 3 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 197 | DVD set - Star Trek Voyager season three w/ 7 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 198 | DVD set - Star Trek Voyager season four w/ 7 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 199 | DVD set - The Wire - complete second season w/ 5 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 200 | DVD set - The Wire - complete first season w/ 5 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 201 | DVD set - The Wire - complete third season w/ 5 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 202 | DVD set - Babylon 5 - complete fourth season w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 203 | DVD set - Crusade complete series w/ 4 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 204 | DVD set - Babylon 5 - complete fifth season w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 205 | DVD set - Babylon 5 - complete first season w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 206 | DVD set - Babylon 5 - the movie collection w/ 5 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 207 | DVD set - Babylon 5 - complete third season w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 208 | DVD set - Babylon 5 - complete second season w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 209 | DVD - Garfield - A tail of two kitties | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 210 | DVD set - Justice league unlimited season two e/ 2 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |

# EVIDENCE RECOVERY LOG

**LOCATION:** 3718 Ely Place SE #201, Washington, DC 20019

**AGENT'S NAME:** SA HERMANSON

**CASE NUMBER:** 332-C-134-L2-290990702060701

**DATE:** 8 Jun 2007

| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
|---|---|---|---|---|---|---|
| 211 | DVD - Richard Pryor live in concert | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 212 | DVD - Eddie Murphy Raw | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 213 | DVD - Silence of the lambs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 214 | DVD - Hannibal | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 215 | DVD - Red Dragon | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 216 | DVD - Fight Club | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 217 | DVD set - Star Trek Enterprise season 2 w/ 7 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 218 | DVD set - Star Trek Enterprise season 3 w/ 7 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 219 | DVD set - Star Trek Enterprise season 1 w/ 7 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 220 | DVD set - Angel season three w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 221 | DVD set - Angel season four w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 222 | DVD set - Angel season five w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 223 | DVD set - Alien quadrilogy w/ 9 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 224 | DVD set - Gargoyles season 2 volume 1 w/ 3 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 225 | DVD set - Gargoyles complete first season w/ 2 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 226 | DVD set - Star Trek Enterprise season 4 w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 227 | DVD - Gladiator | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 228 | DVD set - Angel season one w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 229 | DVD set - Angel season two w/ 6 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 230 | DVD set - Buffy the vampire slayer - the chosen collection - seasons 1-7 w/40 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 231 | DVD set - Star Trek the original series - season 1 w/ 8 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |

AFOSI FORM 90, MAR 95   (EF-V1)   (FormFlow)   PAGE 11 OF 13 PAGES

# EVIDENCE RECOVERY LOG

**LOCATION:** 3718 Ely Place SE #201, Washington, DC 20019
**AGENT'S NAME:** SA HERMANSON
**CASE NUMBER:** 332-C-134-L2-290990702260701
**DATE:** 8 Jun 2007

| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
|---|---|---|---|---|---|---|
| 232 | DVD set - Star Trek the original series season 2 w/ 7 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 233 | DVD set - Star Trek the original series season 3 w/ 7 discs | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 234 | Set of nine pages of records/receipts | Room A/Dining Room/Desk | SA MCGILL | SA MCGILL | ✓ | |
| 235 | Gray Merona shirt size XXL | Room B/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 236 | Black Merona suit - (jacket, pants, tie) | Room B/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 237 | Black Merona suit - (jacket, pants, tie) | Room B/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 238 | Gray Super 120s suit - (jacket, pants, tie) | Room B/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 239 | Gray Merona suit (jacket, pants, belt, tie) | Room B/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 240 | Black and White Robot | Room C/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 241 | XBOX 360 console w/3 controllers SN # 038708264507 & pwr spply SN 0C21311692464 | Room C/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 242 | 64 MB memory card for XBOX 360 serial number 1525104873628 | Room C/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 243 | Olevia flat screen TV serial number VJSK16073865 w/ remote and cables | Room C/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 244 | Imperial two-piece mattress set | Room C/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 245 | Transformer Cybertron Metroplex | Room C/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 246 | Purple and black transformer | Room C/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 247 | Red firetruck transformer | Room C/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 248 | Black and blue transformer | Room C/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 249 | Green transformer | Room C/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 250 | Honeywell tower fan model number HY-047B serial number 3087823 | Room B/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 251 | Samsung television model number TXS2782H serial number B16E3CAL501075J | Room B/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 252 | Tan 2-piece sofa set w/ (4) pillows | Room A/Living Room | SA MCGILL | SA MCGILL | ✓ | |

# EVIDENCE RECOVERY LOG

| LOCATION: 3718 Ely Place SE #201, Washington, DC 20019 | | | | | DATE: 8 Jun 2007 | |
|---|---|---|---|---|---|---|
| AGENT'S NAME: SA HERMANSON | | | | CASE NUMBER: 332-C-134-L2-29090702607 01 | | |
| ITEM NUMBER | DESCRIPTION | WHERE FOUND | FOUND BY | COLLECTED BY | PHOTO | MEASURE AND SKETCH |
| 253 | Posturamic 3-piece queen size mattress set | Room B/Bedroom | SA MCGILL | SA MCGILL | ✓ | |
| 254 | DVD - Over the Hedge | Room A/ Living Room | SA MCGILL | SA MCGILL | ✓ | |
| 255 | DVD - Toy Story 2 | Room A / Living Room | SA MCGILL | SA MCGILL | ✓ | |